IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMRO ELANSARI,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-3003 |
| | : |
| TINDER, INC., *et al.*,<br>    Defendants. | :<br>: |

## ORDER

AND NOW, this 16th day of July, 2019, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons in the Court's Memorandum. Elansari is not given leave to file an amended complaint in this case because amendment would be futile. However, the dismissal of this case is without prejudice to Elansari filing his claims against Tinder in state court or filing a new class action through counsel.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**