In the United States Court
Eastern District of Pennsylvania

Amro Elansari,
Plaintiff
vs.
Tinder, Inc.
Defendant

FILED
JUL 30 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

3003-CV-2019

19-3003

## Notice of Appeal to Third Circuit

Notice is hereby given that the Plaintiff, Amro Elansari, hereby appeals this case to the Third Circuit Court of Appeals for the following reason:

- Plaintiff is suing for themselves — not a class action
- Plaintiff is suing for compensatory damages, $150 - IN ADDITION TO - a fraud/bad faith penalty that exceeds the amount of controversy minimum of over $75,000.01.

Courts conclusions in this matter are erroneous and deprive the Plaintiff of their 14th Amendment rights to due process of open access to the courts. Denied with prejudice - I have to appeal.

Respectfully Submitted

7-30-2019.

Amro Elansari
Liberty And Justice For All